**Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00598-CR

_____

**BICHNGA NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Cause No. 5587**
**Appealed from City of Houston Municipal Court No. 2**
**Trial Court Cause number 2010 TR 0924478**

---

## MEMORANDUM OPINION

Appellant was convicted of speeding and assessed a fine of $65.00 in the City of Houston Municipal Court. She appealed the conviction on the record to the County Criminal Court at Law No. 2 of Harris County, Texas. That court affirmed the conviction and appellant perfected an appeal to this court. We dismiss the appeal.

A defendant may appeal to a court of appeals if she is convicted in a municipal court of record and that conviction is affirmed by the county court. *See* Tex. Gov't Code § 30.00027(a). However, such an appeal is permitted only if "the fine assessed against the

defendant exceeds $100." *Id.* Because the fine in this case does not exceed $100, we have no jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).